# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOAN ELSEBOUGH,
an individual,

      Plaintiff,                                 Case No.: 6:15-cv-00897-JA-TBS

v.

CLUB LAND'OR (NASSAU) LIMITED,
a foreign corporation,

      Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**COMES NOW**, Plaintiff, JOAN ELSEBOUGH (hereinafter "Plaintiff"), by and through the undersigned counsel pursuant to Middle District of Florida, Local Rule 3.08, and hereby submits this *Notice of Pending Settlement* and states:

1.    Plaintiff and Defendant, CLUB LAND'OR (NASSAU) LIMITED (hereinafter "Defendant"), have reached a conditional settlement with regard to all claims in this case, and the parties are presently drafting, finalizing and executing the terms of a confidential settlement agreement and release of liability.

2.    Upon execution of the same, undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

3.    To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with Defendant's counsel, and Defendant has no objection to the relief sought.

Submitted this 31st day of August 2015.

Respectfully submitted,

**LEAVENLAW**

/s/ *Aaron M. Swift*
☐ **Ian R. Leavengood, Esq., FBN 0010167**
[X] **Aaron M. Swift, Esq., FBN 093088**
☐ **Gregory H. Lercher, Esq., FBN 106991**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
*Attorneys for Plaintiff*

and

**FINN LAW GROUP, P.A.**
**Michael D. Finn, Esq., FBN 0089029**
**Patrick Kennedy, Esq. FBN 0097973**
10720 72nd Street, Suite 305
Largo, FL 33777
Phone: (727) 214-0700
Fax: (727) 475-1494
pleadings@finnlawgroup.com
michaeldfinn@finnlawgroup.com
patrick@finnlawgroup.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement* has been furnished either electronically or by U.S. Mail this 31st day of August 2015 to:

Club Land'Or (Nassau), Limited
c/o Elbert H. Holt Jr., Registered Agent
2120 Staples Mill Road Suite 300
Richmond, VA 23230

/s/ *Aaron M. Swift*
Attorney